IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

FILED
OCT 21 10 40 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

UNITED STATES OF AMERICA,

Plaintiff,

v.

Civil Action No.: **3:01-cv-796 PCD**

SUSAN A. SNYDER, RUSSELL MAHLER, STELLE MAHLER, and BANK OF AMERICA, N.A., as successor in interest to NATIONSBANC MORTGAGE CORPORATION, and SUNOCO, INC.

Defendants.

**October 20, 2003**

UNITED STATES' AMENDMENT TO ITS' MOTION FOR DISTRIBUTION OF PROCEEDS

The plaintiff, the United States of America, by its undersigned counsel, pursuant to 26 U.S.C. §§ 7402(a) and 7403(d), hereby amends motion for distribution of proceeds originally filed on July 2, 2003, and its motion for partial distribution of proceeds filed on August 4, 2003, to update the amounts to be distributed. The Court partially granted the United States' previous motions, leaving open the appropriate distribution to be made to the defendant, Bank of America, which was previously contested. The United States and Bank of America have agreed on the sum to be distributed and said sum is reflected in this amended motion. The United States hereby requests that this Court endorse this amended motion and order a distribution of the proceeds from the sale of the real property at 14 Michelle Lane, Madison, Connecticut (the subject property), and in support of this amended motion, states as follows:

1. On January 10, 2002, this Court ordered the foreclosure of federal tax liens against the subject property, and ordered that the property be sold, free and clear of any rights, titles, claims or

interests of all of the parties to this action. On February 19, 2003, this Court appointed Jennifer Trautman of Beazley Company as Receiver to take possession of, and to arrange for the sale of, the subject property. By order dated June 3, 2003, this Court confirmed the sale of the subject property to Frank DiMartino, for the sum of $465,000.00. The Receiver, Jennifer Trautman of Beazley Company is currently holding the sum of $465,125.68 that was paid by Frank DiMartino on June 25, 2003, as the purchase price.

2. Seller's closing costs are expected to total $1,386.44 payable to Snow, Atticks & Hollo.

3. This Court's Order of February 19, 2003, set forth the Receiver's compensation. The Order provided that the Receiver was to be compensated from the proceeds of the sale as a commission in an amount equal to Six (6) Percent of the gross sale proceeds. Accordingly, Jennifer Trautman of Beazley Company is entitled to the sum of $27,900.00 from the sale proceeds, as a commission. The Beazley Company has agreed to share that fee with Norwood Associates, so that Beazley Company and Norwood Associates will each receive $13,950.00.

4. Bank of America holds a first lien on the property, and is currently owed $262,329.21, with respect to that lien, as set forth in the attached payoff statement and said payoff statement is good through October 30, 2003. Accordingly, Bank of America should be paid the sum of $262,329.21, plus interest (only if the proceeds are distributed after October 30, 2003), from the sale proceeds.

5. The remaining sale proceeds, after the payment of closing costs and the Receiver's compensation, should be distributed to the United States in the approximate amount of $159,560.03. The amount distributed to the United States may be contingent on the amount of interest due to Bank of

America upon distribution.

WHEREFORE, the plaintiff, the United States of America, requests this Court endorse this amended motion to distribute proceeds in accordance with its previous partial Order granting the United States' previous motions for distribution of the proceeds of the sale of the real property at 14 Michelle Lane.

Respectfully submitted,

KEVIN J. O'CONNOR
United States Attorney

CRAIG K. WEAVER (CT 25088)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6416

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT service of the foregoing **United States' Amended Motion for Distribution of Proceeds and proposed order** was made on the 20th day of October, 2003, upon the following by depositing a copy in the United States mail, postage prepaid, addressed to:

Edwin L. Doernberger
Saxe, Doernberger & Vita, PC
1952 Whitney Avenue
Hamden, CT 06517

William M. Bloss
Jacobs, Grudberg, Belt & Dow
350 Orange Street,
P.O. Box 606
New Haven, CT 0653-0001

Adam Hiller
Pepper Hamilton
Suite 1600
P.O. Box 1709
1201 N. Market Street
Wilmington, DE 19899-1709

A. Christopher Young
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799

CRAIG K. WEAVER (CT 25088)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6416

REINER, REINER & BENDETT, P.C.
ATTORNEYS AT LAW
160 FARMINGTON AVENUE
FARMINGTON, CT 06032
PH (860) 677-2868 FAX (860) 677-4549

Weaver
7832

ATTENTION: Craig K. Weaver, Esq.

FAX NO. 202-514-5238

IN RE: Bank of America
V. Snyder, Susan LN# 0005286497

PAYOFF FIGURES GOOD THROUGH Oct 30, 2003 (per Adam Bendett)

*Please be advised we are not authorized to suspend foreclosure proceedings until the loan has been fully paid off.*

| Item | | Amount |
|---|---|---|
| Principal Balance | = | $234,824.33 |
| Interest Due @ ___ % | = | 19,355.00 |
| Accumulated Late Charges | = | 95.51 |
| PRO Rata MIP | = | 110.17 |
| Property Preservation | = | |
| ~~Negative~~ Escrow advance | = | 5,969.10 |
| BPO | = | |
| Previous Legal | = | |
| Administrative Fees | = | |
| Recording Fee | = | 13.00 |
| Other Fees | = | 125.75 |
| Less: Funds in Suspense | = | |
| **Subtotal Due** | = | $260,542.86 |
| Attorneys Fees | = | $900.00 |
| ~~Locating Defendant~~ Third Party atty. fees | = | 750.00 |
| Connecticut State Marshal's Fee | = | 368.20 |
| Service: Out-of State Defendants | = | |
| Title Search | = | 150.00 |
| Court Entry Fee | = | 225.00 |
| Appraisal | = | 300.00 |
| Appraisal: Court Testimony | = | |
| Certified Copies | = | 20.00 |
| Recording Fees: Assignment(s) | = | |

| | | |
|---|---|---|
| Reopen Judgment ........ ____ x ____ | = | |
| Release of Lis Pendens ........ | = | 13.00 |
| Title Update ........ ____ x ____ | = | 75.00 |
| Other Agreed upon settlement regarding Atty. fees & costs | | (1,028.35) |
| Committee's Fees and Costs ........ | = | |
| Federal Express ........ | = | 13.50 |
| **Total Payoff** | = | $262,329.21 |

*This figure is subject to correction for any errors and/or omissions.*

**All monies must be in the form of a bank check or certified check and be made payable to Reiner, Reiner, & Bendett, P.C., Trustee. NO PERSONAL CHECKS WILL BE ACCEPTED.**

**Completed By:** Bill Milne @ x 5041 **Reviewed By:** ALB
**Date:** 10-17-03

THIS LETTER IS CONDITIONAL ON YOUR PAYING ANY COMMITTEE FEES AND EXPENSES THAT MAY HAVE BEEN INCURRED IN CONNECTION WITH THE ABOVE MATTER THROUGH THE DATE OF RECEIPT OF FUNDS. PLEASE CALL ON DATE OF PAYMENT TO CONFIRM WHETHER ANY ADDITIONAL AMOUNT ARE DUE.

**NOTICE: THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THIS PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY. IF ANY PORTION OR THE ENTIRE AMOUNT OF THE CLAIM IS DISPUTED, YOU ARE TO NOTIFY US WITHIN 30 DAYS, INDICATING THE NATURE OF THE DISPUTE. IF YOU DO NOT INDICATE A DISPUTE IN WRITING WITHIN THAT TIME, WE WILL ASSUME THE CLAIM TO BE VALID. IF WITHIN 30 DAYS YOU INDICATE A DISPUTE IN WRITING, WE WILL PROVIDE YOU WITH EVIDENCE CONCERNING THE VALIDITY OF THE DEBT BY U.S. MAIL. ALSO, UPON YOUR WRITTEN REQUEST WITHIN 30 DAYS OF RECEIPT OF THIS NOTICE, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF THE ORIGINAL CREDITOR IS DIFFERENT FROM THE CURRENT CREDITOR.**