IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Civil Action No.: **3:01-cv-796 PCD**

SUSAN A. SNYDER, RUSSELL MAHLER,
STELLE MAHLER, and BANK OF AMERICA,
N.A., as successor in interest to
NATIONSBANC MORTGAGE CORPORATION,
and SUNOCO, INC.

    Defendants.                    **October 20, 2003**

### UNITED STATES' AMENDMENT TO ITS' MOTION FOR DISTRIBUTION OF PROCEEDS

The plaintiff, the United States of America, by its undersigned counsel, pursuant to 26 U.S.C. §§ 7402(a) and 7403(d), hereby amends motion for distribution of proceeds originally filed on July 2, 2003, and its motion for partial distribution of proceeds filed on August 4, 2003, to update the amounts to be distributed. The Court partially granted the United States' previous motions, leaving open the appropriate distribution to be made to the defendant, Bank of America, which was previously contested. The United States and Bank of America have agreed on the sum to be distributed and said sum is reflected in this amended motion. The United States hereby requests that this Court endorse this amended motion and order a distribution of the proceeds from the sale of the real property at 14 Michelle Lane, Madison, Connecticut (the subject property), and in support of this amended motion, states as follows:

1. On January 10, 2002, this Court ordered the foreclosure of federal tax liens against the subject property, and ordered that the property be sold, free and clear of any rights, titles, claims or