UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Oct 28  12 19 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES OF AMERICA,
    Plaintiff,

v().  : Civ. No. 3:01cv796 (PCD)

SUSAN A. SNYDER, RUSSEL MAHLER,
    STELLE MAHLER, and BANK OF
    AMERICA, N.A., as successor in
    interest to NATIONSBANC
    MORTGAGE CORPORATION,
    Defendants.

### ORDER

In light of the recent Rulings, see Doc. No. 90 and 92, the clerk is hereby ORDERED to close the file.

SO ORDERED.

Dated at New Haven, Connecticut, October 28, 2003.

Peter C. Dorsey
Senior United States District Judge